**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

RAINFOREST CAFE, INC., Civil No. 02-211 (JRT/FLN)

Plaintiff,

v. **ORDER OF REFERENCE**

EKLECCO L.L.C.,

Defendant.

---

Peter W. Carter, DORSEY & WHITNEY, Pillsbury Center, 220 South Sixth Street, Minneapolis, MN 55402, for plaintiff.

Thomas M. Sipkins and Ronald B. Peterson, HALLELAND LEWIS NILAN SIPKINS & JOHNSON, 220 Sixth Street South, Ste 600, Minneapolis, MN 55402, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that defendant's motion to dismiss [Docket No. 2] is referred to the Honorable Franklin L. Noel, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: April 16, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK